IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENEVA PERRY ) | |
| ) | 19 CV 5829 |
| Plaintiff, ) | |
| ) | Judge Ronald Guzman |
| vs. ) | |
| ) | Magistrate Judge Jeffrey I. Cummings |
| The CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARK A. FLESSNER
Corporation Counsel
Attorney for City of Chicago
BY: _____
Caroline Fronczak
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 12/18/19

_____
Torreya L. Hamilton
Attorney for Plaintiff, Geneva Perry
Hamilton Law Office, LLC
53 West Jackson Blvd., Suite 452
Chicago, Illinois 60604
(312) 726-3173
Attorney No. 6229397
DATE: 12-18-19

_____
Iris Y. Chavira
Assistant Corporation Counsel Supervisor
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-9602
Attorney No. 6296067
DATE: 12/18/19

                                                  /s/ Scott Cohen
Scott Cohen
Assistant Corporation Counsel Supervisor
Attorney for Defendant, James Sajdak
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-2568
Attorney No. 6292577
DATE: 12/18/2019